FILED
JUN 15 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DONALD HORNBECK (3),<br>Defendant. | Case No. 17-CR-00623-JLS (RBB)<br><br>ORDER MODIFYING BOND CONDITIONS |

**IT IS HEREBY ORDERED** that

1. the conditions of pre-trial release be modified to allow travel to the United Kingdom for a three-week period (June 17, 2017 – July 9, 2017).
2. Pre-Trial Services is ordered to release Mr. Hornbeck's passport to his attorney, Benjamin J. Cheeks, forthwith.
3. The passport will be returned to Pre-Trial Services within a week of Mr. Hornbeck's return to the United States.
4. Mr. Hornbeck will remain in contact with Pre-Trial Services throughout his trip.

5. Mr. Hornbeck will execute a waiver of extradition, without limitation, if he violates any terms or conditions, prior to departing the United States, and the waiver shall be placed in overnight mail to AUSA Mark Pletcher prior to Hornbeck's departure.

**SO ORDERED.**

Dated: June 15, 2017

HONORABLE RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE