1  BENJAMIN J. CHEEKS
   California Bar No. 269378
   Law Offices of Benjamin J. Cheeks, A.P.C.
2  600 West Broadway Suite 700
   San Diego, CA 92101
3  Telephone: (619) 995-7828
   Facsimile: (619) 272-7001
4  bjc@bencheekslaw.com

5  Attorney for Defendant DONALD HORNBECK

6

7                    UNITED STATES DISTRICT COURT
8           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9                                    )    Case No. 17-CR-0623-JLS
   UNITED STATES OF AMERICA,         )
10                                    )    MOTION TO MODIFY BOND
        Plaintiff,                    )    CONDITIONS
11                                    )
   v.                                 )    Date:  August 15, 2017
12 DONALD HORNBECK (3),               )    Time:  9:00 a.m.
                                      )
13      Defendant.                    )
                                      )
14 _____)

15

16     Donald Hornbeck, by and through his counsel, Benjamin J. Cheeks, and with

17 no opposition from Pre-Trial Services, respectfully requests that his passport be

18 released to him from Pre-Trial Services and that he be allowed to travel to Ireland

19 (August 7-11) and the United Kingdom for one month thereafter for the following

20

21 reasons:

22     1. Mr. Hornbeck is a resident of the United Kingdom, and he has lived

23        there for nearly two years. He voluntarily surrendered from the United

24

25        Kingdom to his arraignment in San Diego in March 2017. Since his

26

27

28                                    1

arraignment, Mr. Hornbeck has been living with his mother in Indiana. His passport has been surrendered to Pre-Trial services.

2. Mr. Hornbeck's wife is a citizen of the United Kingdom and lives there in their marital home.

3. Mr. Hornbeck's mother-in-law was taken off life support in the United Kingdom on June 11, 2017.

4. Mr. Hornbeck's mother-in-law died on June 13, 2017 in the United Kingdom.

5. From June 17– July 9, 2017, Mr. Hornbeck went home to the United Kingdom for the funeral of his mother-in-law.  Before leaving, he signed a waiver of extradition. Mr. Hornbeck returned to the United States as promised.

6. Mr. Hornbeck's wife has been left alone to grieve for the loss of her mother, with whom she shared a close relationship.  Her death is being investigated as being caused by the negligence of her nursing home. Mrs. Hornbeck is heavily involved in the investigation, which only enhances her pain and grief.

7. Mr. Hornbeck's wife has no family support in the United Kingdom.

8. Mr. Hornbeck would like to go home to the United Kingdom for one month to help his wife with her mother's estate and to support her as she grieves.

9. Additionally, Mr. Hornbeck requests permission to go to Ireland for a business meeting with potential investors. Mr. Hornbeck has created his own original gin recipe and is trying to locate a company to manufacture and sell the gin.

10. Mr. Hornbeck has had phone conversations with these potential investors since June 2016. They have shared business plans and discussed business strategy with each other. Mr. Hornbeck desires to meet them for the first time in person in Ireland August 7-11, 2017 to continue discussions and determine whether they are a good fit.

11. The Irish investors are eager to meet with Mr. Hornbeck, since he would be their master distiller. However, any attempted rescheduling of the meeting would likely result in the investors withdrawing their interest.

12. Mr. Hornbeck projects that the sale of his gin could result in millions of dollars in profits for the company, of which he would receive a percentage. He does not want to lose this opportunity.

13. Mr. Hornbeck is out on $50,000 bond secured by two financially responsible adults. Both sureties (Doug McClain and Zachary D. Moffitt, DDS) live in Oklahoma.

14. Each of surety consents to Mr. Hornbeck travelling internationally for the aforementioned reasons.

3

15. Pre-Trial Services Officer Brent Witter, who is supervising Mr. Hornbeck in Indiana, does not oppose his request to travel.

16. Mr. Hornbeck will remain in contact with Pretrial Services as directed throughout the duration of his trip.

17. If required by the Court, Mr. Hornbeck is willing to sign a waiver of extradition, without limitation, prior to departing the United States, if he violates any terms or conditions.

DATED: August 1, 2017                    Respectfully submitted,
                                         s/ Benjamin J. Cheeks
                                         Benjamin J. Cheeks
                                         Attorney for Donald Hornbeck

4

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 17-CR-0623-JLS |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| DONALD HORNBECK (3), | ) |
| Defendant. | ) |

IT IS HEREBY CERTIFIED:

I, BENJAMIN J. CHEEKS, am a citizen of the United States of America over the age of eighteen years. My business address is 600 West Broadway, Suite 700 San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of the Defendant's Motion to Modify Bond Conditions on the following party by electronic filing with the Clerk of the Court using its ECF System, which electronically informs the parties: Mark Pletcher, Assistant U.S. Attorney

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2017.

s/ Benjamin J. Cheeks
BENJAMIN J. CHEEKS