BENJAMIN J. CHEEKS
California Bar No. 269378
Law Offices of Benjamin J. Cheeks, A.P.C.
600 West Broadway Suite 700
San Diego, CA 92101
Telephone: (619) 995-7828
Facsimile: (619) 272-7001
bjc@bencheekslaw.com

Attorney for Defendant DONALD HORNBECK

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> DONALD HORNBECK (3), </br></br> Defendant. | Case No. 17-CR-0623-JLS </br></br> MOTION FOR EMERGENCY HEARING </br></br> Date: August 8, 2017 </br> Time: 9:00 a.m. |

Donald Hornbeck, by and through his counsel, Benjamin J. Cheeks, respectfully requests the previously filed motion to modify bond conditions (Doc. No. 117) to permit international travel be heard by this Court earlier than August 15, 2017, which is the earliest date given by the courtroom deputy. The motion to modify bond conditions addresses travel to Ireland and the United Kingdom. However, this emergency request pertains to travel to Ireland only. The reason for the request is as follows:

1

1. On Thursday, July 27, 2017, the undersigned learned that Mr. Hornbeck wanted to visit Ireland for a business meeting with potential investors from August 7 to August 11, 2017.

2. On Friday, July 28, 2017, the undersigned informed AUSA Mark Pletcher about Mr. Hornbeck's desire to travel and his intention to put a bond modification hearing before this Court on Thursday, August 3, 2017.

3. On Saturday, July 29, 2017, AUSA Pletcher indicated that he believed that the issue should be heard by Judge Sammartino.

4. On Monday, July 31, 2017, the undersigned emailed Judge Sammartino's courtroom deputy to clear up the issue of which court should hear Mr. Hornbeck's request.  It was confirmed that the issue would be heard by this Court.

5. Given that this Court's chamber rules regarding bond modifications required 24 hours' notice to the opposing party, the undersign believed that he had abided by the court's rule when AUSA Pletcher was notified on Friday, July 28, 2017.

6. The undersigned had hoped this Court could hear Mr. Hornbeck's request on Tuesday, August 1, 2017 or Thursday, August 3, 2017.  However, the undersigned was informed by the courtroom deputy that the court's calendar was full on August 1, 2017 and that the Court would be

unavailable on August 3, 2017. AUSA Pletcher indicated that he was unavailable the week of August 7, 2017. As a result, the first possible date to hear the motion to modify the bond is August 15, 2017.

7. Mr. Hornbeck requests an emergency hearing because he stands to lose potentially millions of dollars if the aforementioned business meeting does not occur sometime between August 7 and August 11, 2017

8. By way of background, Mr. Hornbeck has created his own original recipe for gin. He has been in communication with a distillery in Ireland since December 2016. The owners of the distillery have expressed an interest in building a new distillery over the next couple of years that would manufacture, bottle, and sell Mr. Hornbeck's gin. Mr. Hornbeck would be the master distiller and receive a percentage of the profits, if the company became profitable in the future.

9. The August 7-11 meeting would be the first time the two parties met in person.

10. Although the Irish investors have expressed interest in Mr. Hornbeck's gin recipe, they have indicated that they would likely terminate negotiations if they did not meet Mr. Hornbeck next week. If that happens, Mr. Hornbeck loses any potential financial gains.

11. Mr. Hornbeck is a retired Navy officer. He supports himself and his wife with half of his retirement. (His ex-wife receives the other half.) If he is

3

convicted of the charges against him, he will likely lose his retirement and have no income. This business meeting has the potential to lead to financial stability for the rest of Mr. Hornbeck's life.

12. The urgency in the instant motion is caused by the possibility of Mr. Hornbeck missing the opportunity of lifetime if these already interested parties change their minds because Mr. Hornbeck failed to attend their August 7-11 meeting.

DATED: August 1, 2017              Respectfully submitted,
                                   s/ Benjamin J. Cheeks
                                   Benjamin J. Cheeks
                                   Attorney for Donald Hornbeck

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>DONALD HORNBECK (3),<br><br>       Defendant. | Case No. 17-CR-0623-JLS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED:

I, BENJAMIN J. CHEEKS, am a citizen of the United States of America over the age of eighteen years. My business address is 600 West Broadway, Suite 700 San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of the Defendant's Motion for an Emergency Hearing on the following party by electronic filing with the Clerk of the Court using its ECF System, which electronically informs the parties: Mark Pletcher, Assistant U.S. Attorney

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2017.

                              s/ Benjamin J. Cheeks
                              BENJAMIN J. CHEEKS